# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WALTER JAMES                                                                                    PLAINTIFF

V.                             CASE NO. 3:16-CV-348-BD

SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## ORDER

Plaintiff Walter James has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #17) He seeks fees and expenses in the amount of $2,309.57. (*Id*.) The Commissioner does not object to the amount requested. (#19)

Mr. James's motion (#17) is GRANTED, and the Commissioner is directed to pay $2,309.57 in fees and expenses, subject to offset if he has outstanding government debt.

IT IS SO ORDERED, this 19th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE